**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*, ) ) ) Plaintiffs, ) v. ) THE DEPARTMENT OF HEALTH ) AND HUMAN SERVICES, *et al.*, ) ) Defendants. ) ) | No. 1:18-cv-02112-JDB |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION**

Defendants hereby move for a 17-day extension of time, from September 28, 2018 to October 15, 2018, within which to respond to Plaintiffs' summary judgment motion, ECF No. 2. This is Defendants' first request for an extension of time to respond to Plaintiffs' summary judgment motion, and the only other deadline in this case is the deadline for Defendants to answer or otherwise respond to the Complaint, which is November 13, 2018.  The parties are discussing options for resolving this case that may obviate the need for the parties to finish briefing, and for the Court to decide, the summary judgment motion.  An extension of time will allow Defendants to focus on these discussions.  Plaintiffs do not oppose the requested extension of time, but expect to oppose any further extensions of time.

1

Date: September 26, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Acting Deputy Branch Director, Federal Programs

*s/ Justin M. Sandberg*
Justin M. Sandberg (Ill. Bar No. 6278377)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Rm. 7302
Washington, D.C. 20530
Tel.:   (202) 514-5838
Fax:   (202) 616-8202
Email:  justin.sandberg@usdoj.gov

*Counsel for Defendant*