
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:18-cv-02112-JDB |
| THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## STATUS REPORT

Following a December 17, 2018 status conference, the Court issued a minute order requiring defendants to "file status reports pertaining to their progress in publishing pricing data by not later than February 28, 2019 and March 14, 2019." Minute Order, Dec. 18, 2018. Defendants filed their initial status report on February 28, 2019. ECF No. 32. Consistent with their representations at the status conference and in the prior report, Defendants anticipate that covered entities will have access to ceiling prices via the Office of Pharmacy Affairs Information System pricing system on April 1, 2019. The attached declaration from Krista Pedley, Director of the Office of Pharmacy Affairs, Healthcare Systems Bureau, Health Resources and Services Administration, U.S. Department of Health and Human Services, provides additional details on Defendants' progress.

Date: March 14, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JEAN LIN
Acting Deputy Branch Director, Federal Programs

 *s/ Justin M. Sandberg*
Justin M. Sandberg (Ill. Bar No. 6278377)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11004
Washington, DC 20005
Tel.:   (202) 514-5838
Fax:   (202) 616-8460
Email:  justin.sandberg@usdoj.gov

*Counsel for Defendants*