IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN HOSPITAL ASSOCIATION, *et al.*,<br><br>　　　　　Plaintiffs,<br>v.<br>THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　Defendants. | No. 1:18-cv-02112-JDB |

## DECLARATION OF KRISTA PEDLEY

I, Krista Pedley, PharmD, MS, Captain, U.S. Public Health Service, hereby declare and certify as follows:

1. I am the Director of the Office of Pharmacy Affairs ("OPA"), Healthcare Systems Bureau, Health Resources and Services Administration ("HRSA"), U.S. Department of Health and Human Services ("Department").

2. I currently lead OPA, which is the Departmental component responsible for overseeing the 340B Drug Pricing Program ("340B Program").

3. The 340B Program, which is codified in section 340B of the Public Health Service Act ("PHSA"), 42 U.S.C. § 256b ("Section 340B"), was established by section 602 of the Veterans Health Care Act of 1992, Pub. L. 102-585. Section 340B implements a drug pricing program by which manufacturers who participate in Medicaid are required to sell covered outpatient drugs to particular entities listed in the statute ("covered entities") at a price that does not exceed the amount determined under a statutory formula ("ceiling price").

4. Since the last update concerning the implementation of the pricing component of HRSA's Office of Pharmacy Affairs Information System ("OPAIS") provided to the Court on

1

February 28, 2019, HRSA has continued to work to provide covered entities access to the OPAIS pricing system.

5. HRSA received drug pricing data from the Centers for Medicare & Medicaid Services (CMS) on February 11, 2019. This data has been loaded into the OPAIS pricing system and will be compared to pricing data received from drug manufacturers.

6. As of March 14, 2019, approximately 90 percent of applicable drug manufacturers (as measured by the total number of active labeler codes in the OPAIS) registered with the OPAIS pricing system. HRSA continues to perform outreach to drug manufacturers to register them in the system.

7. The pricing data received from CMS indicates that approximately 38,000 separate national drug codes (NDCs) are subject to 340B pricing. As of March 14, 2019, HRSA received manufacturer pricing data for approximately 85 percent of these 38,000 NDCs.

8. For the approximately 15 percent of NDCs that drug manufacturers have not submitted pricing data, HRSA intends to publish a ceiling price in the OPAIS pricing system based solely on the pricing data, if available, received from CMS. HRSA has pricing data from CMS for the large majority of these remaining NDCs.

9. HRSA is in the process of manually reconciling pricing differences. As of March 14, 2019, approximately 100 of the 38,000 separate NDCs subject to 340B pricing remain to be reconciled. HRSA expects that all of these discrepancies will be reconciled prior to April 1, 2019.

10. Consistent with HRSA's last update to the Court, the Department still expects that covered entities will have access to ceiling prices via the OPAIS pricing system on April 1, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/14/19

*Krista M. Pedley*
Krista Pedley, PharmD, MS
Captain, U.S. Public Health Service
Director, Office of Pharmacy Affairs
Healthcare Systems Bureau
Health Resources and Services Administration
U.S. Department of Health and Human Service